UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TONY LAMAR CARD,

          Plaintiff,

    v.

TACOMA MUNICIPAL COURT, *et al.*,

          Defendants.

CASE NO. 3:23-cv-5781-DGE

REPORT AND RECOMMENDATION

Noting Date: December 8, 2023

Plaintiff Tony Lamar Card, proceeding *pro se*, filed this action seeking relief for civil rights deprivations at the hands of various actors. *See* Dkt. 4. The District Court has referred Plaintiff's pending Application to Proceed *In Forma Pauperis* ("IFP") (Dkt. 1) and proposed Complaint to United States Magistrate Judge Grady J. Leupold pursuant to Amended General Order 11-22.

Plaintiff filed this action on August 29, 2023. *See* Dkt. 1. On September 12, 2023, Plaintiff filed a proposed Amended Complaint. Dkt. 4. On October 17, 2023, the Court screened Plaintiff's proposed Amended Complaint and found it was deficient because Plaintiff failed to provide clarity regarding the nature of his claims and, thus, had not stated a short and plain

REPORT AND RECOMMENDATION - 1

statement of a claim showing he is entitled to relief. Dkt. 9. The Court informed Plaintiff that, to proceed with this lawsuit, he must file an amended complaint; re-note the pending Application to Proceed IFP; and provide Plaintiff leave to file an amended pleading by November 7, 2023, to cure the deficiencies. *Id*.

Plaintiff did not file an amended complaint by November 7, 2023. However, on November 3, 2023, Plaintiff filed a Lawful Notice, informing the Court it is guilty of treason and various other federal offenses.[1] Dkt. 12. While somewhat unclear, it appears that Plaintiff objects to the Court's Order directing him to file an amended complaint and, in fact, is refusing to do so based on what he believes are the Court's violations of federal law. *See id*. at 2–6. In addition, Plaintiff's Notice includes a Freedom of Information Act ("FOIA") request for copies of the undersigned's Oath of Office and other documentation.[2] *Id*. at 6–8.

Plaintiff has failed to comply with the Court's Order. *See* Dkt. 9. Not only has Plaintiff failed to file an amended complaint, but his Notice clearly indicates a refusal to comply with the Court's Order. *See* Dkt. 12. Further, as discussed in the Order, Plaintiff's proposed Amended Complaint has not stated a short and plain statement of a claim showing he is entitled to relief. *See* Dkt. 9. Therefore, the Court recommends the Application to Proceed IFP (Dkt. 1) be **DENIED** and this case be **DISMISSED without prejudice**.

---

[1] The day after the Court issued its October 17, 2023, Order directing Plaintiff to file an amended complaint, Plaintiff filed a request for the status of his IFP Application. *See* Dkt. 10. However, since filing that request, Plaintiff has now filed the Notice informing the Court he has received the October 17, 2023, Order and objects to it. *See* Dkt. 12.

[2] Per Judicial Conference policy, the Court does not release a copy of any judicial officer's Oath of Office. A request for a copy of the Court's Oath of Office must be sent in writing to the following point of contact:

    Carol S. Sefren
    Chief, Judges Compensation and Retirement Division
    Administrative Office of the United States Courts
    Thurgood Marshall Federal Judiciary Building
    One Columbus Circle, NE
    Washington, DC 20544

REPORT AND RECOMMENDATION - 2

Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on December 8, 2023, as noted in the caption.

Dated this 20th day of November, 2023.

Grady J. Leupold
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3